# STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
## REPORT OF ACTION TAKEN
## MEETING OF CREDITORS

**In re:**

**LUIS NORBERTO SOTO**  Case No. 19-02047-ESL

Chapter 13  Attorney Name: ROBERTO FIGUEROA CARRASQUILLO*

| I. Appearances | | | | Date & Time: 6/18/2019 9:00:00AM |
|---|---|---|---|---|
| **Debtor** | [X] Present | [ ] Absent | | [X] R  [ ] NR  LV: $0.00 |
| **Joint Debtor** | [ ] Present | [ ] Absent | | [X] This is debtor(s) 1 Bankruptcy filing. |
| **Attorney for Debtor** | [X] Present | [ ] Absent | | **Creditors:** |
| [ ] Prose | | | | Wilnerie del Valle Caraballo- DSO creditor |
| [X] Appearing: Ada N. Henriquez, Esq. | | | | |

**II. Oath Administered**
   [ ] Yes         [X] No

**III. Plan**

Date: 04/13/2019     Base: $11,400.00  Payments 1 made out of 1 due.

Confirmation Hearing Date:  7/3/2019 9:30:00AM

Evidence of Pmt shown:

**Attorney's fees as per R. 2016(b)**

  $3,000.00  -  $300.00  =  $2,700.00

**IV. Status of Meeting**

[ ] Closed    [ ] Not Held    [ ] Held/Continued

[ ] Held/Not Closed

[X] Continued

Continued Date:  6/27/2019  2:30:00PM

Comments:

[ ] M.T.D. to be filed by Trustee: Debtor(s) failed to: [ ] Appear: [ ] Commence payments

 [ ] Keep payments current [ ] does (do) not qualify as a debtor (§109):

 [ ] MTD Already filed, see Docket:

 [ ] Other:

# STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
## REPORT OF ACTION TAKEN
## MEETING OF CREDITORS

In re:

LUIS NORBERTO SOTO                           Case No.   19-02047-ESL

                          Chapter 13         Attorney Name:   ROBERTO FIGUEROA CARRASQUILLO*

(Cont.)

**Trustee's Report on Confirmation**

[ ] FAVORABLE

[ ] UNFAVORABLE

| | |
|---|---|
| [ ] Feasibility<br>[ ] Insufficiently funded<br>[ ] Unfair discrimination<br>[ ] Fails disposable income<br>[ ] Fails liquidation value test<br>[ ] Insuarence quote | [ ] No provision for secured creditor(s)<br><br>[ ] Tax returns missing<br>   [ ] State  - years<br><br>[ ] Federal  - years |

Pending/Items/ Documents:

| | |
|---|---|
| [ ] DSO Recipient's Information<br><br>[ ] Evidence of being current with DSO<br><br>[ ] Evidence of income | [ ] Monthly reports for the months<br><br>[ ] Public Liability Insurance<br>   [ ] Premises<br>   [ ] Vehicle(s):<br>   [ ] Licenses issued by: |

# STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
## REPORT OF ACTION TAKEN
## MEETING OF CREDITORS

In re:

**LUIS NORBERTO SOTO**

Case No.   **19-02047-ESL**

**Chapter 13**    Attorney Name:   **ROBERTO FIGUEROA CARRASQUILLO***

**Trustee's objection to confirmation**

[ ] Objection to Confirmation
[ ] Oral objection by creditor

ACP: 3

Household size: 1

The 341 meeting scheduled for May 21, 2019, was continued to today upon request by counsel, who was attending the NACBA seminar.  Debtor has current month arrears $190.00.  Today, Attorney Ada Henriquez, substituting Attorney Roberto Figueroa Carrasquillo requested continuance, indicating debtor was ordered by medical advice to rest until June 19, 2019.

Matters:

**DOMESTIC SUPPORT OBLIGATION, (Post-petition §1325(a)(8)):**
Debtor for a total of $792.56 monthly. Per Bankruptcy Code, as of the confirmation hearing date, he must file evidence with the court of being current in the DSO payments that became due post-petition.

**DOES NOT PROVIDE FOR SECURED CREDITOR, §1325(a)(5):**
EMpreses Berrios poc #  4.

**OTHER:**
a .Income evidence missing:
60 days: first 3 weeks for February.
6 months: All.
Also provide income evidence for commissions based in income commencing May/2019 and car allowance for $450.00.
b. Trustee will file an objection to claim # 3 by claimant Jessica Colon (DSO recipient)_, for failure to provide statement and priority.
The following party(ies) object(s) confirmation:

**s/Miriam Salwen**    Date:    06/18/2019

**Trustee/Presiding Officer**    (Rev. 05/13)