# STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
## REPORT OF ACTION TAKEN
## MEETING OF CREDITORS

**In re:**

**LUIS NORBERTO SOTO**

**Case No.** 19-02047-ESL

**Chapter 13**   **Attorney Name:**   **ROBERTO FIGUEROA CARRASQUILLO***

---

**I. Appearances**

| | | |
|---|---|---|
| Debtor | [ ] Present | [X] Absent |
| Joint Debtor | [ ] Present | [ ] Absent |
| Attorney for Debtor | [X] Present | [ ] Absent |

[ ] Prose

[X] Appearing:   Roberto Figueroa Carrasquillo, Esq.

**Date & Time:**   8/1/2019   9:45:00AM

[X] R     [ ] NR     LV:

[X] This is debtor(s) 1 Bankruptcy filing.

**Creditors:**

Americas Leading Finance- Kiara de Jesus, Esq.

---

**II. Oath Administered**

[ ] Yes          [X] No

---

**III. Plan**

**Date:** 07/02/2019     **Base:** $11,400.00   Payments 1 made out of 3 due.

**Confirmation Hearing Date:**   7/3/2019   9:30:00AM

**Evidence of Pmt shown:**

---

**Attorney's fees as per R. 2016(b)**

$3,000.00   -   $300.00   =   $2,700.00

---

**IV. Status of Meeting**

[ ] Closed       [X] Not Held       [ ] Held/Continued

[ ] Held/Not Closed

[ ] Continued

**Continued Date:**

**Comments:**

---

[X] M.T.D. to be filed by Trustee: Debtor(s) failed to: [X] Appear: [ ] Commence payments

[X] Keep payments current [X] does (do) not qualify as a debtor (§109):

[ ] MTD Already filed, see Docket:

[ ] Other:

**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA**

**REPORT OF ACTION TAKEN**

**MEETING OF CREDITORS**

In re:

LUIS NORBERTO SOTO                                        Case No.   19-02047-ESL

                              Chapter 13       Attorney Name:   ROBERTO FIGUEROA CARRASQUILLO*

(Cont.)

**Trustee's Report on Confirmation**

[ ] FAVORABLE

[ ] UNFAVORABLE

| | |
|---|---|
| [ ] Feasibility<br>[ ] Insufficiently funded<br>[ ] Unfair discrimination<br>[ ] Fails disposable income<br>[ ] Fails liquidation value test<br>[ ] Insuarence quote | [ ] No provision for secured creditor(s)<br><br>[ ] Tax returns missing<br>  [ ] State - years<br><br>  [ ] Federal - years |

Pending/Items/ Documents:

| | |
|---|---|
| [ ] DSO Recipient's Information<br><br>[ ] Evidence of being current with DSO<br><br>[ ] Evidence of income | [ ] Monthly reports for the months<br><br>[ ] Public Liability Insurance<br>  [ ] Premises<br>  [ ] Vehicle(s):<br>  [ ] Licenses issued by: |

**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA**
**REPORT OF ACTION TAKEN**
**MEETING OF CREDITORS**

In re:

LUIS NORBERTO SOTO

Case No. 19-02047-ESL

Chapter 13    Attorney Name: ROBERTO FIGUEROA CARRASQUILLO*

**Trustee's objection to confirmation**

[ ] Objection to Confirmation
[ ] Oral objection by creditor

This is the third scheduling of the meeting of creditors and it could not be held since debtor was not present. Counsel stated that he has lost contact with the debtor. Debtor is also in arrears with plan payments and has not presented evidence of having paid the post-petition DSO payments. Based on the above, trustee will file motion to dismiss.

1. DOMESTIC SUPPORT OBLIGATION, (Post-petition §1325(a)(8)):
a. Debtor has 2 DSO's both paid directly to recipient and are non-court ordered. He pays Total of $792.56 monthly. Per Bankruptcy Code, as of the confirmation hearing date, he must file evidence with the court of being current in the DSO payments that became due post-petition.
b. Debtor to segregate DSO payment: What amount is paid to each DSO claimant.

2. DOES NOT PROVIDE FOR SECURED CREDITOR, §1325(a)(5):
a. Amended poc #1 disclosed post-petition arrears for $3,046.60. Plan does not provide for this post-petition arrears. Debtor has the total amount of $7,616.50

3. FEASIBILITY, 11 USC §1325 (a)(6):
Debtor(s) has/have 2 months in arrears with the plan payments, $380.00.

4. OTHER:
a. Income evidence missing: from the 60 day prior to filing period: first 3 weeks of February. For the 6-month period; All.
b. Provide income evidence for commissions based on income commencing May/2019 and car allowance for $450.00.
The following party(ies) object(s) confirmation:

s/Miriam Salwen                                                                 Date: 08/01/2019

Trustee/Presiding Officer                                                                 (Rev. 05/13)